34 So.2d 700

### Ezekiel LOVEJOY v. STATE.

#### 6 Div. 706.

Supreme Court of Alabama.

April 8, 1948.

Jackson, Rives & Pettus, of Birmingham, for petitioner.

A. A. Carmichael, Atty. Gen., and Jas. T. Hardin, Asst. Atty. Gen., opposed.

LIVINGSTON, Justice.

Petition of Ezekiel Lovejoy for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Lovejoy v. State, 34 So.2d 692.

Writ denied.

GARDNER, C. J., and BROWN and SIMPSON, JJ., concur.